UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-00070-TBR

ZACHARY AMOS LAMB                                                          Plaintiff

v.

JACK TELLE, *et al.*                                                      Defendants


**MEMORANDUM OPINION AND ORDER**

This matter is before the Court upon Defendant Rodney Hill's Motion in Limine to preclude Plaintiff from introducing or attempting to introduce at trial any hearsay statements. (Docket No. 76.) Plaintiff Zachary Lamb has not responded in the time period mandated by the Scheduling Order. (Docket No. 29.) The Court will **GRANT** this motion.

Normally hearsay statements are not admissible. The Court is uncertain as to which statement Defendant is referring. It is **ORDERED** that Plaintiff may not introduce statements which are hearsay, but the Court will consider objections raised at trial. The motion is **GRANTED**.

IT IS SO ORDERED.

Date:

cc:     Zachary Amos Lamb
        P.O. Box 153
        New Concord, KY 42076