UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-00070-TBR

ZACHARY AMOS LAMB                                                                    Plaintiff

v.

JACK TELLE, *et al.*                                                                 Defendants

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court upon Defendant Rodney Hill's Motion in Limine to preclude Plaintiff from asking the jury to award punitive damages at the trial of this case. (Docket No. 77.) Plaintiff Zachary Lamb has not responded in the time period mandated by the Scheduling Order. (Docket No. 29.)

The Court notes the claims that remain against Defendant Hill is the Fourteenth Amendment excessive force claim, a state law assault claim, and a state law battery claim. These claims are only against Defendant Hill in his *individual* capacity. (Docket No. 75, Page 27, Number 4.) Therefore, the discussion by Defendant regarding the applicability of punitive damages with respect to official capacity claims is not relevant to this matter.

With regard to individual capacity claims, "[p]unitive damages may be awarded for conduct that is outrageous, because of defendant's evil motive or his reckless indifference to the rights of others." *Smith v. Wade*, 103 S.Ct. 1625, 1636 (1983). The Sixth Circuit has interpreted the standard to mean that a defendant's wrongful conduct

warrants punitive damages if it was "grossly negligent, intentional, or malicious." *Defoe ex rel. Defoe v. Spiva*, 566 F. Supp. 2d 748, 754-55 (E.D. Tenn. 2008) (citing *Hill v. Marshall,* 962 F.2d 1209, 1217 (6th Cir.1992)). The Court will determine whether a punitive damages claim is appropriate at the close of evidence. Therefore, the motion is **DENIED**.

IT IS SO ORDERED.

Date:

cc:      Zachary Amos Lamb
           P.O. Box 153
           New Concord, KY 42076