UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-00070-TBR

ZACHARY AMOS LAMB                                                                            Plaintiff

v.

JACK TELLE, *et al.*                                                                      Defendants

## MEMORANDUM OPINION AND ORDER

This matter is before the Court upon Defendant Rodney Hill's Motion in Limine to preclude Plaintiff from introducing or attempting to introduce evidence regarding Defendant's liability insurance coverage at any time during the trial of this matter. (Docket No. 78.) Plaintiff Zachary Lamb has not responded in the time period mandated by the Scheduling Order. (Docket No. 29.)

The Court agrees with Defendant Rodney Hill that evidence of existing liability insurance is not admissible pursuant to Kentucky Rule of Evidence 411, which is identical to Federal Rule of Evidence 411. Therefore, the motion is **GRANTED** and the Court **FORBIDS** the parties, including their witnesses, from mentioning the Defendant's coverage under a liability insurance policy. If the parties or their witnesses introduce or attempt to introduce any deposition transcript or other documentary evidence that that contains such prohibited evidence, the document must be redacted to delete any and all references to such evidence prior to its use at trial.

Date:
cc:     Zachary Amos Lamb
        P.O. Box 153
        New Concord, KY 42076