UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-00070-TBR

ZACHARY AMOS LAMB                                                                                        Plaintiff

v.

JACK TELLE, *et al.*                                                                                     Defendants

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court upon Defendant Rodney Hill's Motion in Limine to preclude Plaintiff from introducing evidence or testimony that is not relevant to the claims remaining in the case. (Docket No. 83.) Plaintiff Zachary Lamb has not responded in the time period mandated by the Scheduling Order. (Docket No. 29.)

The Court agrees with Defendant that evidence of (1) the alleged May 22, 2011 incident; (2) the dismissed claim of false imprisonment and kidnapping; and (3) Plaintiff's claim that he is his own "sovereign" is not relevant to the claims remaining in the case and is inadmissible under Federal Rule of Evidence 402. Plaintiff testified he is no longer pursuing claims related to the May 22, 2011 incident and that the incident had nothing to do with Rodney Hill. The dismissed false imprisonment and kidnapping claims also have nothing to do with Rodney Hill and were against Judge Telle. Finally, Plaintiff has submitted himself to the Court's jurisdiction when he filed this lawsuit so any belief he may have regarding his sovereignty is irrelevant

The Court will also consider appropriate objections at trial, to the extent they are not covered by this Order. Accordingly, this motion is **GRANTED in part** and **DENIED in part as moot**.

IT IS SO ORDERED.

Date:

cc:     Zachary Amos Lamb
       P.O. Box 153
       New Concord, KY 42076